DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GERALD LEIRER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1733

_____

December 8, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Frederick P. Mercurio, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.